IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN J. BROOKS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:26cv74-MHT |
| | ) | (WO) |
| MS. PAMELA BUTLER, Warden, | ) | |
| and MS. FOWLER, | ) | |
| Administration Officer, | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for a temporary restraining order (Doc. 1, at 4) is denied.

DONE, this the 4th day of February, 2026.

                                    /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE